# United States District Court
# For The Western District of North Carolina
# Statesville Division

CONNIE BARNES,

        Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   5:11CV18-RJC

(FNU) PHILIPS, CORRECTIONAL
OFFICER, ALEXANDER CORRECTIONAL
INSTITUTION, ET AL,

        Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 19th, 2011 Order.

        Signed: April 19, 2011

        Frank G. Johns, Clerk
        United States District Court